### OTHENIN v. THEIMER et al.

No. 11127—Opinion Filed Oct. 7, 1924.

Error from District Court, Oklahoma County; James I. Phelps, Judge.

Action by Martin J. Theimer and Ray Denny, partners as Theimer and Denny, against August Othenin. Judgment for plain- tiffs and defendants bring error. Affirmed.

I. W. Bane, for plaintiff in error.

A. H. Tyler, for defendants in error.

PER CURIAM. This action was on ac- count for material furnished and labor per- formed. A verdict was returned and judg- ment rendered for plaintiffs in the lower court. Defendant appealed the case here, assigning a number of errors, all of which, except one, relate to the admission of alleged improper evidence. Such assignments of er- ror require an examination of all the evi- dence introduced at the trial. The case- made does not purport to contain all the evi- dence; therefore, these questions cannot be reviewed. Scottish Union & Mutual Ins. Co. v. Chicago, R. I. & P. R. Co., 38 Okla. 164, 132 Pac. 674.

The error assigned which may be re- viewed is the action of the court in over- ruling defendant's objection to the intro- duction of evidence on the ground that plaintiffs' petition does not state a cause of action. Such objections are not favored in law and should not be sustained unless it is plainly evident that the pleading fails as to some element essential to recovery. Thorp v. St. Louis & S. F. R. Co., 73 Okla. 123, 175 Pac. 240. The material part of the petition is as follows:

"The plaintiffs complain of the defend- ant and allege and state that said defend- ant is indebted to them in the sum of $241, for materials furnished and labor per- formed in and about the flat owned by the defendant at No. 727 East Sixth street, as more fully appears in the items hereto at- tached marked exhibit 'A' and made a part of this petition.

"That said work and materials were fur- nished to defendant within three years last past, and the full sum of $241 remains due and unpaid with interest at 6 per cent. from March 1, 1918."

The itemized statement of account was attached and judgment prayed for the

amount of the balance shown. This petition of plaintiffs is good against the objection to the introduction of evidence. St. Louis & S. F. R. Co. v. Leger Mill Co., 53 Okla. 127, 155 Pac.. 599.

Judgment of the lower court affirmed.